IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAMES DAVIS | * | |
| Plaintiff | * | |
| v. | * | Civil Action 1:09-cv-03167-BEL |
| CONAGRA FOODS, INC., et al. | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DEFENDANTS AHOLD U.S.A., INC., GIANT FOOD INC., GIANT FOOD, INC., GIANT FOOD LLC, GIANT FOOD STORES, LLC, GIANT OF MARYLAND LLC, GIANT OF WICOMICO LLC, GIANT FOOD STORES INC., GIANT OF SALISBURY, INC., AND GIANT OF TALBOT COUNTY, INC.'S DISCLOSURE OF AFFILIATIONS AND FINANCIAL INTEREST**

Defendants Ahold U.S.A., Inc., Giant Food Inc., Giant Food, Inc., Giant Food LLC, Giant Food Stores, LLC, Giant of Maryland LLC, Giant of Wicomico LLC, Giant Food Stores Inc., Giant of Salisbury, Inc., and Giant of Talbot County, Inc. (collectively, "Retailers"), through undersigned counsel and pursuant to Local Rule 103.3, hereby submit the following Disclosure of Affiliations and Financial Interest and state as follows:

1. Defendant Ahold, U.S.A., Inc. is either the corporate parent of, or a successor to, Defendants Giant Food Inc., Giant Food, Inc., Giant Food LLC, Giant Food Stores, LLC, Giant of Maryland LLC, Giant of Wicomico LLC, Giant Food Stores Inc., Giant of Salisbury, Inc., and Giant of Talbot County, Inc.  Ahold U.S.A., Inc. is also the corporate parent of several other affiliated companies, some of which operate grocery stores, including The Stop & Shop Supermarket Company LLC and Peapod, LLC.

2. Defendant Ahold, U.S.A., Inc. is a subsidiary of Royal Ahold N.V., which owns other subsidiary corporations doing business in Europe, none of which have any relationship to, or interest in, the outcome of this case.

3. No other corporation owns 10% or more of the Retailers' stock, and there is no other corporation, unincorporated association, partnership or other business entity not a party to this case that has not already been disclosed that may have a financial interest in the outcome of this case.

Respectfully submitted,

/s/
Adam H. Garner (Federal Bar #27648)
McGuireWoods LLP
7 St. Paul Street, Suite 1000
Baltimore, Maryland 21202
410-659-4400

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 7th day of December, 2009, a copy of the foregoing Local Rule 103.3 Disclosure of Affiliations and Financial Interests was served by first class mail, postage prepaid, on Michael C. Robinett, Esquire, Simeone & Miller, LLP, 1130 Connecticut Avenue, NW, Suite 350, Washington, D.C. 20036.

/s/
Adam H. Garner

\10248952.1